UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JIMMY LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00167-LSC-NAD |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation on January 13, 2022, recommending the United States' motion for summary judgment (Doc. 15) be granted. (Doc. 23). Although the parties were advised of their right to file objections within 14 days, that time has expired with no objections having been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the United States is entitled to judgment in its favor as a matter of law. Accordingly, the court shall **ORDER** that the United States' motion for summary judgment be **GRANTED** on the plaintiff's claims.

A Final Judgment will be entered.

**DONE** and **ORDERED** on February 10, 2022.

_____
L. Scott Coogler
United States District Judge

160704